**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-02220-TUC-RM (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffrey D. McHatton - 002 Robert B. Sproat - 003, | |
| Defendants. | |

The Court previously severed the trials of all co-defendants in the above-captioned matter due to Confrontation Clause concerns.  (Docs. 228, 237.)  The trial of Defendant Jeffrey D. McHatton ("McHatton") is currently scheduled for January 10, 2022 (Doc. 274), and the trial of Defendant Robert B. Sproat ("Sproat") is currently scheduled for January 31, 2022 (Doc. 260.)[1]  On September 8, 2021 the Court granted McHatton's Motion to Preclude the Government from introducing statements that McHatton made during a November 9, 2018 interview with FBI Special Agent Steven Morris.  (Doc. 304.)  The Court also directed the Government to file a supplemental brief addressing whether it intends to introduce McHatton's prior Arizona Corporation Commission testimony at trial and whether that prior testimony raises Confrontation Clause issues. (*Id.* at 4-5.)

On September 20, 2021, the Government filed a Motion for Joinder of Trials, stating that it does not intend to introduce any part of McHatton's Arizona Corporation

---

[1] Defendant Robert J. Moss entered a guilty plea (Docs. 251, 252), and his sentencing is currently scheduled for December 9, 2021 (Doc. 312).

1   Commission testimony at trial and, therefore, no Confrontation Clause issues remain and
2   the trials of McHatton and Sproat should be re-joined.  (Doc. 309.)

3       As the Government will no longer be introducing any out-of-court co-defendant
4   statements raising Confrontation Clause concerns, the Court will grant the Government's
5   Motion for Joinder and will re-join the trials of McHatton and Sproat.

6       **IT IS ORDERED** that the Motion for Joinder of Trials (Doc. 309) is **granted**.
7   The trials of Defendants Jeffrey D. McHatton and Robert B. Sproat are re-joined.  Trial
8   will commence on **January 10, 2022 at 9:30 a.m.**

9       Dated this 28th day of September, 2021.

_____
Honorable Rosemary Márquez
United States District Judge